UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE

**JOSEPH DEREK TINGLE,**      CASE NO. 17-30531
**CHELSEY BROOKE TINGLE**
**DEBTORS**

**FARM CREDIT MID-AMERICA, PCA**      PLAINTIFF

v.      ADV. NO. 18-03001

**JOSEPH DEREK TINGLE,**      DEFENDANTS
**CHELSEY BROOKE TINGLE**

## JUDGMENT

Consistent with the Memorandum Opinion and Order entered contemporaneously into the record, it is ORDERED:

(1) Farm Credit Mid-America, PCA's Motion for Summary Judgment [ECF No. 26] is GRANTED IN PART and DENIED IN PART;

(2) judgment is denied on Farm Credit's claims pursuant to 11 U.S.C. § 523(a)(2)(A), (2)(B), (4) and (6);

(3) judgment is entered on Farm Credit's claims pursuant to 11 U.S.C. § 727(a)(3) and (a)(5);

(4) therefore, analysis of § 727(a)(4) and (a)(7) is unnecessary.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Wednesday, November 21, 2018
(grs)